WILLIAM B. FARNHAM and Others, as Executors, etc., Appellants, v. CORA M. FARNHAM, Respondent.— Motion for leave to appeal to Court of Appeals granted and question for review certified.

FRED VAN GORDER, Appellant, v. HORNELLSVILLE FAIR, Respondent.— Motion granted, allowing appellant to discontinue appeal upon payment of taxable costs of the appeal.

SECOND NATIONAL BANK OF OSWEGO, NEW YORK, Respondent, v. MARIE H. KINNE, Appellant, Impleaded with ELBRIDGE P. KINNE, Defendant.— Appeal dismissed, without costs, upon stipulation filed.

CITY OF BUFFALO, Respondent, v. ERIE RAILROAD COMPANY, Appellant. — Judgment affirmed, with costs. All concurred.

THEODORE M. INDERLIED, Appellant, v. THOMAS J. MORRISON and Others, Copartners, etc., Respondents.— Order reversed, with costs, verdict of jury reinstated, and judgment directed thereon for plaintiff, with costs. All concurred.

SILVANUS J. MACY and Another, Appellants, v. AVOCA WHEEL COMPANY, Respondent.— Judgment and order affirmed, with costs. All concurred.

WILLIAM RUFRAN, Respondent, v. CATARACT BREWING COMPANY, Appellant.— Judgment affirmed, with costs. The finding of fact contained in the decision numbered 4th is disapproved and stricken out. Held, that on the pleadings and evidence defendant had not surrendered possession of the premises at the time this action was begun. All concurred.

ANDREW B. PEER, Respondent, v. CHARLES H. BABCOCK and Another, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented upon the ground that there is no basis for holding the appellants guilty of negligence and excusing the owner and driver of the team.

ALBANY COUNTY SAVINGS BANK, Plaintiff, v. DAVID A. GARDNER and Others, Appellants, Impleaded with EMILY WEED HOLLISTER, Respondent, and Another.— Appeal of defendant Joseph Knopf dismissed upon his own application and consent of all parties, without costs. Judgment affirmed, with costs. All concurred.

JOHN MONTGOMERY, Respondent, v. WESTINGHOUSE, CHURCH, KERR & COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

CHARLES BECKER and Another, Respondents, v. LESSER BALDWIN, Appellant.— Judgment affirmed, with costs. All concurred.

CAROLYN IONE BROWN, Respondent, v. S. S. KRESGE COMPANY, Appellant. — Judgment and order affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE HARMON, Appellant.— Judgment of conviction affirmed. All concurred.

JENNIE BENNISON, Respondent, v. JOHN A. GIBLIN, Appellant.— Judgment and order affirmed, with costs. All concurred.